1  DONALD H. CRAM (State Bar No. 160004)
   dhc@severson.com
2  ELEANOR M. ROMAN (State Bar No. 178736)
   emr@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendants
   RICHARD E. ROMINE and STRIKER
   ENTITIES, LLC, a Wyoming limited liability
8  company

9                    UNITED STATES DISTRICT COURT
10
           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

12
   STEPHEN CHESS, LOIS CHESS, BRUCE        Case No. 3:18-CV-5098
13 CALLANDER, JEFF DRAWDY and SUSAN
   DRAWDY,
14                                          **NOTICE OF REMOVAL OF ACTION**
                    Plaintiffs,             **UNDER 28 U.S.C. § 1441(b) DIVERSITY**
15
            vs.
16
   RICHARD E. ROMINE, an individual;
17 STRIKER ENTITIES, LLC, a Wyoming
   limited liability company; and DOES 1-10,
18 inclusive,

19                  Defendants.

20

21 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

22         **PLEASE TAKE NOTICE** that defendant(s) Richard E. Romine, an individual

23 ("Romine") and Striker Entities, LLC, a Wyoming limited liability company ("Striker Entities"),

24 collectively, ("Defendants") hereby remove to this Court the state court action described below.

25         1.     On July 9, 2018, an action was commenced in the Superior Court of the State of

26 California, County of San Francisco, entitled *STEPHEN CHESS, LOIS CHESS, BRUCE*

27 *CALLANDER, JEFF DRAWDY and SUSAN DRAWDY, Plaintiffs, vs. RICHARD E. ROMINE, an*

28 *individual; STRIKER ENTITIES, LLC, a Wyoming limited liability company; and DOES 1-10,*

1   *inclusive, Defendants, as Case Number CGC-18-567921.*  A true and correct copy of the

2   complaint commencing this Action is attached hereto as Exhibit A, (the "Complaint").

3         2.      The first date upon which defendant Romine received a copy of the Complaint was

4   July 21, 2018 when Romine was personally served at his residence in Shawnee, Pottawatomie

5   County, Oklahoma with a copy of the Complaint (Exhibit A hereto) and a summons from the

6   California Superior Court.  A true and correct copy of the summons received by Romine on July

7   21, 2018 is attached hereto as Exhibit B.

8         3.      Romine was also personally served in Oklahoma on July 21, 2018 with a "Notice to

9   Plaintiff" of a Case Management Conference set for December 12, 2018, a Case Management

10  Statement form, an "ADR Package", and a Stipulation to Alternative Dispute Resolution form.

11  True and correct copies of the Notice to Plaintiff, the Case Management Statement form, the ADR

12  Package and the Stipulation to Alternative Dispute Resolution form received by Romine are

13  attached hereto as Exhibits C, D, E and F.

14        4.      Thereafter, Striker Entities' agent for service of process located in Cheyenne,

15  Wyoming was personally served with a copy of the Complaint (Exhibit A hereto) and a summons

16  from the California Superior Court on July 26, 2018.  A true and correct copy of the summons

17  received by Striker Entities' agent for service of process on July 26, 2018 is attached hereto as

18  Exhibit G.

19        5.      Striker Entities' agent for service of process located in Cheyenne, Wyoming was

20  also personally served on July 26, 2018 with a "Notice to Plaintiff" of a Case Management

21  Conference set for December 12, 2018, a Case Management Statement form, an "ADR Package",

22  and a Stipulation to Alternative Dispute Resolution form.  True and correct copies of the Notice to

23  Plaintiff, the Case Management Statement form, the ADR Package and the Stipulation to

24  Alternative Dispute Resolution form received by Striker Entities are attached hereto as Exhibits H,

25  I, J and K.

26        6.      **JURISDICTION.**  This Action is a civil action of which this Court has original

27  jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants

28  pursuant to the provisions of 28 U.S.C. §1441 (b) in that it is a civil action between citizens of

different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

      A.      The combined amounts owed by plaintiffs Stephen Chess, Lois Chess, Bruce Callander, Jeff Drawdy and Susan Drawdy (collectively, "Plaintiffs") to defendant Striker Entities and/or other entities owned and managed by Romine under the promissory notes which Plaintiffs by the Complaint seek to rescind and avoid repayment thereof presently total $2,043,403.00 in principal, exclusive of interest and attorneys' fees.  By their Complaint, Plaintiffs also seek compensatory damages, exemplary and punitive damages, and restitution of the amounts invested by them in connection with the aforementioned promissory notes.  Further, the principal amounts owed by each of the Plaintiffs to Striker Entities (and/or other entities owned and managed by Romine) under their respective promissory notes is as follows:

      i.      Stephen Chess, individually:

        1998 Note: $42,707.00;

        2000 Note: $177,929.00;

        2001 Note: $87,579.00;

        2004 Note: $195,478.00; and

        2008 Note B: $240,578.00, for a total of  $744,271.00 in total principal due.

      ii.      Stephen Chess and Lois Chess, jointly and severally:

        2005 Note : $279,246.00, for a total of $279,246.00 in total principal due.

      iii.      Bruce Callander:

        2002/2003 Notes (combined): $116,634.00;

        2004 Note: $260,637.00; and

        2005 Note: $279,246.00, for a total of $656,517.00 in total principal due.

      iv.      Jeff Drawdy and Susan Drawdy, jointly and severally:

        1999 Note: $130,406.00;

        2000 Note, $35,586.00;

        2001/2002 Notes (combined): $90,690.00;

        2004 Note: $32,580.00; and

NOTICE OF REMOVAL OF ACTION

1            2005 Note: $13,962.00, for a total of $303,224.00 in total principal due.

2           v.      Susan Drawdy, individually: 2008 Note B in the amount of $60,145.00.

3        B.     Complete diversity of citizenship exists in that (a) Plaintiffs are all citizens of the

4    State of California; (b) Defendant Romine is a citizen of the State of Oklahoma; and (c) Defendant

5    Striker Entities is a Wyoming limited liability company, formed under the laws of the State of

6    Wyoming and having its principal place of business in Shawnee, Pottawatomie County,

7    Oklahoma. Romine and Striker Entities are the only defendants that have been served with the

8    summons and Complaint in this Action.  Striker Entities' sole member and manager is Romine

9    who is a citizen of the State of Oklahoma, as set forth above.

10       7.    **<u>INTRADISTRICT ASSIGNMENT.</u>**  Removal to the San Francisco Division of

11   this District Court is proper in that the Action is being removed from the Superior Court of the

12   State of California, County of San Francisco where the Complaint was originally filed.

13       8.    A copy of the proof of service filed by Plaintiffs with the California Superior Court

14   pertaining to service on Romine of the summons, the Complaint and the documents attached

15   hereto as Exhibits C-F is attached hereto as Exhibit L.

16       9.    A copy of the proof of service filed by Plaintiffs with the California Superior Court

17   pertaining to service on Striker Entities of the summons, the Complaint and the documents

18   attached hereto as Exhibits H-K is attached hereto as Exhibit M.

19

20   DATED:  August 20, 2018           SEVERSON & WERSON
                                      A Professional Corporation

21

22

23                               By:     */s/ Eleanor M. Roman*

24                                         Eleanor M. Roman

25                               Attorneys for Defendants RICHARD E. ROMINE and

26                               STRIKER ENTITIES, LLC, a Wyoming limited
                            liability company

27

28